IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M.L., a minor, by and through his Guardian ad Litem, Jasmine Martinez-Sahagun, JASMINE MARTINEZ-SAHAGUN, and EDWARD SALINAS-LUNA,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>KAWEAH DELTA HEALTHCARE DISTRICT DBA KAWEAH HEALTH MEDICAL CENTER, VEENA R. MAMIDI, M.D., FAMILY HEALTHCARE NETWORK, INC., ROBERT MICHAEL AYER, M.D., and DOES 1 through 300, inclusive,<br><br>                              Defendants. | CASE NO.  1:25-CV-00871-KES-EPG<br><br><br>JOINT STIPULATION MODIFYING SCHEDULING ORDER; ORDER<br><br>(ECF No. 30) |

TO THE HONORABLE COURT:

Plaintiffs L.M.L., a minor, by and through his Guardian ad Litem, Jasmine Martinez-Sahagun, Jasmine Martinez-Sahagun, and Edward Salinas Luna, Defendant Kaweah Delta Health Care District dba Kaweah Health Medical Center and Defendant United States (collectively the "Parties") submit the following stipulation to modify the Scheduling Order.  Good cause exists for this joint stipulation to modify the scheduling order as discussed below.

This case was initially filed on February 2, 2025, in the County of Tulare Superior Court.  An amended complaint was filed on May 27, 2025, which was removed on July 16, 2025, and the United

1

States was substituted as the sole defendant for the claims against Dr. Ayers and Dr. Mamidi.  ECF 1, 1-2.  The court issued a scheduling order on November 18, 2025, and set trial for April 11, 2028, at 8:30 a.m. in Dept. 6. ECF 20.

The Parties have been diligent in conducting discovery under the current deadlines. All parties propounded and responded to multiple rounds of written discovery. The Parties have served two subpoenas to date, and voluminous medical records have been subpoenaed and reviewed. Plaintiffs have taken the depositions of five individuals involved with the labor and delivery of the minor, including Robert Ayers, M.D., Veena Mamidi, M.D., Kimberly Hofer, R.N., Sarah Rea R.N., and Vanessa Triesch R.N.   Defendants have deposed Plaintiffs' Jasmine Martinez-Sahagun and Edward Salinas-Luna, as well as fact witness, Noemi Ortiz.  The deposition of Mariah Woolford, R.N. is set for June 22, 2026.

As fact discovery is being completed, the Parties continue to work cooperatively about a possible date for the Parties to participate in a meaningful settlement conference or mediation.  ECF 27.  After further discussions, the Parties jointly agree that a meaningful settlement conference or mediation is not practicable until after the minor's three-year assessment on or about March 21, 2027, and after an independent medical examination (IME) of the minor is conducted, which IME should occur approximately a month after the minor's three-year evaluation.  ECF 28.  Because meaningful settlement negotiations require both the minor's three-year evaluation and then an IME, the Parties jointly agree to consider a settlement conference or mediation in July of 2027.  This would allow time for the parties to obtain and analyze the results of the IME and to conduct further discovery following the results of that examination, if necessary. After that time, the Parties will be able to engage in meaningful settlement discussions.  In the continued spirit of compromise and cooperation, the Parties further agree that the current deadlines for expert discovery and motions need to be extended to allow time for the three-year evaluation of the minor and then to allow for meaningful settlement discussions thereafter.

Because the Parties could not anticipate the need for the minor's three-year evaluation at the time of the scheduling conference and have been diligently and cooperatively conducting written discovery and depositions but are unable to meet the current deadlines, good cause exists for a five-month continuance of the dates in the Scheduling Order.  See Fed. R. Civ. Proc. 16(b)(4); *Jackson v. Laureate, Inc.*, 186 F.R.D. 605, 608 (E.D. Cal. 1999) (good cause shown when unable to comply with the

scheduling order's deadlines due to matters not reasonably foreseeable at the time the scheduling order issued, and party was diligent in seeking a modification when apparent it could not comply with the scheduling order). The Parties emphasize that this is a joint request which is being made promptly after the Court's mid-discovery conference and the discussion of setting a date for a settlement conference or mediation.  In discussing the month for a meaningful settlement conference or mediation, all counsel recognize that the minor's three-year evaluation and then an IME are required, and that a modification of the current deadlines is required.  The Parties then promptly submitted a Joint Status Report a week after the Mid-Discovery Conference to advise the Court of the need to re-visit the current deadlines. ECF 28.

This Court recently requested a Stipulation for modifying the Scheduling Order, and accordingly, the Parties jointly request the following changes to the current deadlines:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosure | 3/1/2027 | 8/27/2027 |
| Rebuttal Expert Disclosure | 6/4/2027 | 11/8/2027 |
| Expert Discovery Cutoff | 8/23/2027 | 1/24/2028 |
| Dispositive Motion Filing Deadline | 9/20/2027 | 2/21/2028 |
| Settlement Conference | Not Set | July 2027 |
| Pre-Trial Conference | 2/14/2028 | 7/17/2028 |
| Jury Trial | 4/11/2028 | 9/18/2028 |

The Parties propose the dates set forth above with the recognition that the pre-trial conference and trial dates are subject to the availability of the Honorable Judge Sherriff, and subject to dates other than those suggested.

IT IS SO STIPULATED.

3

Respectfully submitted,

Dated:  May 14, 2026

DONAHUE & HORROW, LLP

By:  */s/ Nicole D. Podgurski* (as auth. 5/14/2026)
NICOLE D. PODGURSKI

Attorneys for Plaintiffs

Dated:  May 14, 2026

ERIC GRANT
United States Attorney

By:  */s/  Alyson A. Berg*
ALYSON A. BERG
Assistant United States Attorney

Attorneys for the United States of America

Dated:  May 14, 2026

SALINAS LAW GROUP

By:  */s/  Stacy R. Lucas* (as auth. 5/14/2026)
RICHARD S. SALINAS
STACY R. LUCAS

Attorneys for Defendant

KAWEAH DELTA HEALTHCARE DISTRICT

4

**<u>ORDER</u>**

Based on the parties' stipulation (ECF No. 30), IT IS ORDERED that the Court's scheduling order (ECF No. 20) is modified as follows:

1.  Expert Disclosures by no later than **August 2, 2027**;

2.  Rebuttal Expert Disclosures by no later than **November 8, 2027**;

3.  Expert Discovery Cut-off by no later than **January 24, 2028**;

4.  Dispositive Motions by no later than **February 21, 2028**;

5.  Pretrial Conference on **July 24, 2028, at 1:30 p.m.** in Courtroom 6 (KES);

6.  Jury Trial on **September 19, 2028, at 8:30 a.m.** in Courtroom 6 (KES); and

7.  Lastly, the status conference set for **November 9, 2026, at 11 a.m.** before the undersigned remains on the Court's calendar. (ECF No. 27). To connect to the telephonic conference, the parties shall (1) dial 1-669-254-5252, (2) enter 161 733 0675 for the meeting ID followed by #, (3) enter # when asked for the participant ID, (4) enter 740484 for the meeting passcode followed by #, and (5) enter *6 to unmute. The parties are reminded to file a joint report at least 7 days before the status conference.

IT IS SO ORDERED.

Dated:   **May 18, 2026**                    /s/ _Erica P. Grosjean_
                                          UNITED STATES MAGISTRATE JUDGE